**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| M.G., | : | No. 478 WAL 2016 |
| | : | |
| Respondent | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| S.J., | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2017, the Petition for Allowance of Appeal and the Application for Consolidation are **DENIED**.